■ ALFRED F. MUSCOLINO v. ANTON KEPPEL et al.— Motion to dispense with printing denied with leave to the appellant, if so advised, to move to dispense with printing after the case is settled. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LLOYD YATES.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WALSH.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ BEATRIX PETSCHAUER v. FREIDRICH PETSCHAUER.— Motion for a stay granted. That branch of the motion seeking to dispense with the printing of the record on appeal and appellant's points is granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Respondent is permitted to dispense with the printing of his respondent's points on condition that 6 typewritten or 19 mimeographed copies of respondent's points are filed with this court and one typewritten or mimeographed copy is served upon the attorney for appellant. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RITA LUKE.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Motion for an enlargement of time denied as academic in view of the disposition decided herein. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ (A) JOAN O'DWYER et al. v. MARIAN J. BROWN et al. (B) FISHEL-WEINBERG v. GOTHAM TOWEL SUPPLY CO., INC. (C) TRIAD PORTABLE CASE CORP. v. EDU-CRAFT SALES CORP.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. REX LAMPKINS.— Motion for an enlargement of time granted insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM WATSON.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.